

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00370-CR

JOHNATHAN EUGENE COOPER                                         APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On August 13, 2013, we sent appellant Johnathan Eugene Cooper a letter stating that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). We instructed Cooper or any party desiring to continue the appeal to file a response by August 23, 2013, showing grounds for continuing the appeal or

---

[1]*See* Tex. R. App. P. 47.4.

the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. Cooper filed a response,[2] but it did not show grounds for continuing the appeal.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). There is no exception for an adverse ruling on a motion for new trial. *See Estrada v. State*, 149 S.W.3d 280, 282 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd) (op. on reh'g). In this case, the trial court certified that this is a plea-bargain case and that the defendant has no right of appeal. Without a certification from the trial court reflecting a right to appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

Because Cooper has no right of appeal from his plea bargain, we dismiss his appeal for want of jurisdiction. Furthermore, we deny Cooper's motions for extensions of time to file an additional response to our August 13, 2013 letter.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 19, 2013

---

[2]Cooper titled his response "Grounds For Continuing Appeal (in part)," and he has since filed two motions requesting an extension of time to further his response.